**William Domski, appellee, v. Borgen's Dairy Company, appellant. Gen. No. 24,215.**

Action by a pedestrian to recover for personal injuries caused by collision with a truck. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Richard S. Tuthill, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed March 18, 1919.

Truman Henry Miner and Alfred Roy Hurlbert, for appellant. Morse Ives and Charles C. Bodenstab, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**Francis M. Enright and James R. Prendergast, trading as Enright & Prendergast, appellees, v. David C. Cook, appellant. Gen. No. 24,245.**

Action to recover for plans furnished. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Joseph P. Rafferty, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed with finding of fact. Opinion filed March 18, 1919.

Frederick Z. Marx, for appellant. Coburn & Bentley, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

---

**Charles F. Forster, appellant, v. Franklin Park Foundry Company et al., appellees. Gen. No. 24,251.**

Bill by equitable assignee claiming half ownership in any moneys which might be recovered in a suit by defendants against another corporation, and charging that recovery against the latter was impossible because of conspiracy on the part of defendants. Bill dismissed for want of equity. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed March 18, 1919.

Shepard, McCormick, Kirkland, Patterson & Fleming, for appellant. John G. Campbell, Herman A. Fischer and John D. Peterson, for appellees.

Mr. Justice Matchett delivered the opinion of the court.